LAW OFFICE OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA AVA AVE., SUITE "K"
COSTA MESA, CA 92627

Telephone: (949) 722-0055
Fax: (949) 722-8416

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV A 11-3760 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| HAROLD MATLOCK, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Harold Matlock, in the principal amount of $2,310.42 plus interest accrued to April 28, 2011, in the sum of $1,286.99; with interest accruing thereafter at $0.16 daily until entry of judgment, for a total amount of **$3,597.41**.

DATED: July 5, 2011          By:   Terry Nafisi
                                    Clerk of the Court
                                    A. Martinez
                                    Deputy Clerk
                                    United States District Court